Michael J. Frevola
K. Blythe Daly
Clayton J. Vignocchi
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Tel.: (212) 513-3200
Fax: (212) 385-9010
E-mail: michael.frevola@hklaw.com
blythe.daly@hklaw.com
clayton.vignocchi@hklaw.com

Attorneys for Plaintiff
*Frontline Shipping Limited*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/22/17
```



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONTLINE SHIPPING LIMITED,

    Plaintiff,

 -against-

EMIRATES TRADING AGENCY LLC,
JINDAL SAW LIMITED, and JINDAL ITF
LIMITED,

    Defendants.

17 Civ. 6371

**ORDER FOR ISSUANCE OF
WRIT OF ATTACHMENT
AND GARNISHMENT**

**UPON** reading the Verified Complaint for issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the Court finding that the conditions for an action under Supplemental Rule B appear to exist;

**NOW**, upon motion of Plaintiff, it is hereby

**ORDERED** that the Clerk shall issue process of attachment and garnishment pursuant to Supplemental Rule B as prayed for in the Verified Complaint in the amount of US$12,224,603.05 against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, accounts, brokerage accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, owed to, being held for or on behalf or otherwise for the benefit of Emirates Trading Agency LLC, Jindal Saw Ltd., and Jindal ITF Ltd. (collectively "Defendants") by any garnishee within this district, including, *inter alia*, any garnishee identified in Schedule A to this order.

**ORDERED** that said Order will be equally applicable to any other garnishees upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to and including US$12,224,603.05 pursuant to Supplemental Rule B; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Order and the process of maritime attachment and garnishment shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing this Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED**, that initial service by the United States Marshal or other designated process server shall be made personally upon each garnishee, provided however that, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and/or (F), any garnishee may consent in writing to accept such initial service by other means, including facsimile, e-mail, or other verifiable electronic

means. The consent of the garnishee may be manifested in the garnishee's rules, policies or other instructions regarding service. Service shall be deemed made within the District if a natural person within the District causes the service to be transmitted to a garnishee having an office within the District; and it is further,

**ORDERED** that a copy of this order be attached to and served with the said process of maritime attachment and garnishment; and it is further,

**ORDERED,** that following initial service as described above, supplemental service of the Process of Maritime Attachment and Garnishment may be made by way of facsimile transmission or e-mail to a fax number or e-mail address designated by the garnishee for that purpose or by other means consented to by the garnishee pursuant to Fed. R. Civ. P. 5(b)(2)(E) and/or (F). Such consent may be manifested in the garnishee's rules, policies or other instructions regarding service; and it is further,

**ORDERED,** that service on any garnishee as described herein is deemed to be effective and continuous (i) throughout the remainder of the day of service from the time of such service and (ii) through the end of the next business day, provided another service is made during the next business day; and it is further,

**ORDERED** pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure that the writs of attachment and garnishment may be served by an employee of Holland & Knight LLP who is not less than 18 years old, and who is not a party to this action.

Dated: New York, New York
       August 22, 2017

                             SO ORDERED

                             Valerie Caproni
                             U.S.D.J

## **SCHEDULE A**

Bank of America N.A.

Bank of China

The Bank of NY Mellon

Barclays Bank PLC

BNP Paribas

Citibank N.A.

Commerzbank AG

Credit Agricole CIB

Deutsche Bank AG

Deutsche Bank Trust Company Americas

HSBC Bank (USA) NA

JPMorgan Chase Bank, N.A.

Societe Generale

Standard Chartered Bank

UBS AG

Wells Fargo Bank, N.A.

MashreqBank, PSC